# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAUL C. AGU, <br><br>                        Plaintiff, <br><br> v. <br><br> NATIONWIDE INSURANCE COMPANY OF AMERICA, et al., <br><br>                        Defendants. | Case No. 2:17-cv-01096-APG-PAL <br><br> **ORDER REMANDING CASE TO STATE COURT** |

I previously allowed the parties to conduct jurisdictional discovery to determine whether this case should be remanded to state court for lack of diversity jurisdiction. ECF No. 16. As part of that discovery, plaintiff Agu verified that he is seeking no more than $72,000 in total damages in this lawsuit. ECF No. 19-1. Based on that admission, defendant Nationwide agrees that this case should be remanded to state court. ECF No. 19.

IT IS THEREFORE ORDERED the case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

Dated: July 5, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE